IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA M. BRUNELLE,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant | Civil No. 05-865-AA<br><br><br>ORDER FOR EAJA FEES |

Pursuant to the parties' stipulation, Plaintiff is hereby awarded $5,048.13 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this _29_ day of _August_, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David M. Blume
DAVID M. BLUME
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2212

ORDER [05-865-AA]